**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>　　PURDUE PHARMA L.P.　　</u> v. <u>AMNEAL PHARMACEUTICALS, LLC</u>

No. <u>15-1654</u>

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   <u>AMNEAL PHARMACEUTICALS, LLC</u>
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | THOMAS J. MELORO |
| Law firm: | WILLKIE FARR & GALLAGHER LLP |
| Address: | 787 SEVENTH AVENUE |
| City, State and ZIP: | NEW YORK, NEW YORK 10019 |
| Telephone: | 212 (728)-8000 |
| Fax #: | 212 (728)-8111 |
| E-mail address: | tmeloro@willkie.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>MARCH 14, 1994</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| <u>May 27, 2015</u> | <u>/s/ Thomas J. Meloro</u> |
| Date | Signature of pro se or counsel |

cc: <u>COUNSEL OF RECORD</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on May 27, 2015.

      I further certify that counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.

Date:  May 27, 2015                                   /s/  Thomas J. Meloro