2015-1654
_____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
_____

PURDUE PHARMA L.P.,

                Plaintiff-Appellant,

v.

AMNEAL PHARMACEUTICALS, LLC,

                Defendant-Appellee.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK IN CASE NO. 1:13-CV-03372
JUDGE SIDNEY H. STEIN
_____

**NOTICE OF WITHDRAWAL OF APPEARANCE**

                THOMAS J. MELORO
                MICHAEL W. JOHNSON
                ROBERT G. KOFSKY
                WILLKIE FARR & GALLAGHER LLP
                787 Seventh Avenue
                New York, New York 10019
                (212) 728-8000

                *Counsel for Defendant-Appellee,*
                *Amneal Pharmaceuticals, LLC*

August 10, 2015

Kindly withdraw the appearance of Aparnaa B. Saini, on behalf of Defendant-Appellee Amneal Pharmaceuticals, LLC in the above captioned matter. Amneal Pharmaceuticals, LLC will continue to be represented by Thomas J. Meloro, Michael W. Johnson, and Robert G. Kofsky, all of Willkie Farr & Gallagher LLP.

Dated:  August 10, 2015

>
> Respectfully submitted,
>
>  /s/    Thomas J. Meloro
>
> Thomas J. Meloro
> Michael W. Johnson
> Robert G. Kofsky
> WILLKIE FARR & GALLAGHER LLP
> 787 Seventh Avenue
> New York, NY  10019-6099
>
> *Counsel for Defendant-Appellee,*
> *Amneal Pharmaceuticals, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on August 10, 2015.

  I further certify that counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.


Date:  August 10, 2015            */s/     Thomas J. Meloro*